IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 01-CV-275-JLK

DOMINICK PAOLONI, et al.,

    Plaintiffs,

vs.

DONALD I. GOLDSTEIN, et al.,

    Defendants,

and

NBSA, LLC, et al.,

    Relief Defendants.

_____

Civil Action No.  03-CV-0807-JLK-CBS

VIATICAL LIQUIDITY, LLC, a California limited liability corporation,

    Plaintiff,

v.

MARK WOLOK, et al.,

    Defendants.

_____

## ORDER APPROVING SETTLEMENT AGREEMENT
_____

THIS MATTER comes before the Court upon the Motion to Approve Settlement Agreement, the Court having reviewed the Motion and the Settlement Agreement, and being fully advised in the premises,

NOW, THEREFORE, IT IS ORDERED AS FOLLOWS:

1.    The Settlement Agreement, attached hereto as Exhibit A and incorporated herein by reference, is hereby made an order of this Court.  As such, the Court approves the Settlement Agreement as fair, reasonable and adequate.

2. Each of the parties to the Settlement Agreement, and their counsel, shall comply with and consummate all terms of the Settlement Agreement.

3. Upon the Effective Date, as defined in the Settlement Agreement, all claims against Hyman Lippitt, P.C., J. Leonard Hyman, Norman L. Lippitt, Douglas A. Hyman, Brian D. O'Keefe, Nazli G. Sater, H. Joel Newman, Kenneth F. Neuman, and Terry S. Givens shall be dismissed with prejudice, each party to bear their own fees and costs, except as is expressly provided in the Settlement Agreement. The parties are directed that upon the Effective Date, they shall submit to this Court an Order for Dismissal With Prejudice as set forth herein.

4. The release set forth in the Settlement Agreement is expressly incorporated into this Order and, as such, each of the Releasees, as defined in the Settlement Agreement is forever discharged from any of the Release Claims, as defined in the Settlement Agreement.

5. This Court retains jurisdiction over the Settlement Agreement for administration and enforcement of its terms and conditions.

DATED this 19th day of October, 2005.

BY THE COURT:

S/John L. Kane
The Honorable John Kane, Judge