IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 01-cv-0275-JLK

DOMINICK PAOLONI, et al.,

    Plaintiffs,

vs.

DONALD I. GOLDSTEIN, et al.,

    Defendants,

and

NBSA, LLC, et al.,

    Relief Defendants.

_____

Civil Action No.  03-cv-0807-JLK-CBS

VIATICAL LIQUIDITY, LLC, a California limited liability corporation,

    Plaintiff,

v.

MARK WOLOK, et al.,

    Defendants.

_____

## ORDER APPROVING SETTLEMENT AGREEMENT
_____

    THIS MATTER comes before the Court upon the Motion to Approve Settlement Agreement, and the Court having reviewed the Motion and the Settlement Agreement and being fully advised in the premises,

    NOW, THEREFORE, it is ordered as follows:

    1.    The Settlement Agreement attached hereto as Exhibit A and incorporated herein by reference is

hereby made an order of this Court and, as such, the Court approves the Settlement Agreement as fair, reasonable and adequate.

2.      Each of the parties to the Settlement Agreement and their counsel shall comply with and consummate the terms of the Settlement Agreement.

3.      The release set forth in the Settlement Agreement is expressly incorporated into this Order and, as such, each of the releasees, as defined in the Settlement Agreement, is forever discharged in accordance with the release as set forth in the Settlement Agreement.

4.      The Court retains jurisdiction over the Settlement Agreement for administration and enforcement of its terms and conditions.

DATED this 30th day of May, 2006.

BY THE COURT:

s/John L. Kane
John L. Kane, Senior Judge
United States District Court