IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **03-cv-00807-JLK**

**VIATICAL LIQUIDITY, LLC., a California limited liability corporation,**

    Plaintiff,

v.

**MARK WOLOK, et al.,**

    Defendant.

## ORDER

Kane, J.

On February 6, 2007, Plaintiff Viatical Liquidity, LLC filed a Notice of Dismissal Pursuant to Fed. R. Civ. P. 41(a)(1)(i) in which it dismissed without prejudice any and all claims in this matter against all remaining defendants.

Accordingly, IT IS ORDERED:

1. Defendants Sanford Wolok, Richard Doggett, Lee V. Twyford, Donald I. Goldstein, Jamie Goldstein, Patricia Goldstein, The Reliance Program, Inc., Reliance Financial Group, Inc., Paragon Capital Group, Inc. and Reliance Administrators, Inc. are DISMISSED without prejudice.

2. This case is DISMISSED.

Dated this 7th day of February, 2007.

                                            s/John L. Kane
                                            John L. Kane, Senior District Judge
                                            United States District Court